PERRY v. PERRY

No. 134 PC.

Case below: 33 N.C. App. 139.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

PORTS AUTHORITY v. ROOFING CO.

No. 118 PC.

Case below: 32 N.C. App. 400.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 13 June 1977.

PRENTICE v. ROBERTS

No. 102 PC.

Case below: 32 N.C. App. 379.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 June 1977.

STATE v. ATKINSON

No. 162 PC.

Case below: 33 N.C. App. 247.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977. Appeal dismissed ex mero motu 13 June 1977.

STATE v. BASS

No. 140 PC.

Case below: 33 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 June 1977.